UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANAEL JOSEPH COOK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEBBIE ASUNCION,<br><br>　　　　Defendant. | Case No. 17-cv-05388-VC<br><br>**ORDER TO SHOW CAUSE** |

　　　　Nathanael Joseph Cook's habeas petition is not "so incredible or frivolous as to warrant summary dismissal." *Hendricks v. Vasquez*, 908 F.2d 490, 492 (9th Cir. 1990). The clerk is therefore ordered to serve a copy of the petition and all supporting materials to the respondent, and the respondent is ordered to file (and serve on the petitioner) an answer to the petition within 60 days of the date of this order. The respondent is also ordered to file and serve a copy of all portions of the state-court record that are relevant in adjudicating the issues raised by the petition.

　　　　If the petitioner wishes to file a traverse, he may do so within 30 days of the respondent's answer.

　　　　**IT IS SO ORDERED.**

Dated: October 19, 2017

_____

VINCE CHHABRIA
United States District Judge